IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SUZEN RILEY,<br><br>      Plaintiff,<br><br>      v.<br><br>RFTC 2 CORP.; PANERA, LLC,<br><br>      Defendants. | Case No. 1:15-cv-9447<br><br>Honorable _____<br><br>Magistrate Judge _____ |

## NOTICE OF REMOVAL

Defendants, RFTC 2 Corp. ("RFTC") and Panera, LLC ("Panera") (collectively "Defendants"), by their attorneys, Seyfarth Shaw LLP, hereby file this notice to remove an action pending against them in Illinois state court to this Court pursuant to 28 U.S.C. §§ 1441 and 1446. In support of this removal, Defendants state as follows:

      1.      On September 18, 2015, Plaintiff Suzen Riley ("Plaintiff") filed a complaint titled *Suzen Riley v. RFTC 2 Corp.; Panera, LLC*, Case No. 2015-L-064019, in the Law Division of the Circuit Court of Cook County, Illinois ("State Court Action"). The Complaint seeks recovery under the Americans With Disabilities Act, 42 U.S.C. § 12181 *et seq.* (the "ADA"). Defendants were each personally served the Complaint and Summons on September 25, 2015. A copy of the Complaint and other papers served upon RFTC are attached as Exhibit 1. A copy of the Complaint and papers served upon Panera are attached as Exhibit 2. These documents constitute all "process, pleadings, and orders" served upon Defendants in the State Court Action seeking recovery against them. 28 U.S.C. § 1446(a).

2. Pursuant to 28 U.S.C. § 1446(b)(2)(B) Defendants both join in the removal of the State Court Action.

3. This Notice of Removal is filed with this Court within 30 days of the service of the complaint and thus is timely under 28 U.S.C. § 1446(b).

4. Written notice of the filing of this Notice of Removal has been given to Plaintiff together with a copy of the Notice of Removal and supporting papers and has been filed with the Clerk of the Circuit Court of Cook County, Illinois, as required by 28 U.S.C. § 1446(d).

5. The State Court Action contains a sole cause of action alleging violations of the ADA, 42 U.S.C. § 12181, *et seq.*. Pursuant to 28 U.S.C. §1331, this Court has original federal question jurisdiction over Plaintiff's ADA claim because it arises under the Constitution, laws or treaties of the United States. Accordingly, removal is appropriate pursuant to 28 U.S.C. § 1441(a).

6. Because this action is pending in the Law Division of the Circuit Court of Cook County, Illinois, venue for purposes of removal is proper in this Court. 28 U.S.C. § 93; 28 U.S.C. § 1441(a).

WHEREFORE, Defendants respectfully request that this Court accept this Notice of Removal and assume jurisdiction over this matter for all further proceedings.

DATED: October 23, 2015

Respectfully submitted,
RFTC 2 CORP. and PANERA, LLC

By:*/s/ Jules A. Levenson*
One of Their Attorneys

21637610v.2

Jules A. Levenson
jlevenson@seyfarth.com
SEYFARTH SHAW LLP
131 S. Dearborn Street, Suite 2400
Chicago, Illinois 60603-5577
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

## **CERTIFICATE OF SERVICE**

I certify that on October 23, 2015, I electronically filed the foregoing NOTICE OF REMOVAL with the Clerk of Court using the CM/ECF system, and that I caused a copy of said document to be mailed to the following counsel of record for the Plaintiff:

> John L. Steele
> Accessibility Law Group
> 500 Michigan Avenue, Suite 600
> Chicago, Illinois 60611

> */s/ Jules A. Levenson*
> Counsel for Defendants

21637610v.2