## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
### Eastern Division

Suzen Riley

                          Plaintiff,

v.                                                          Case No.: 1:15−cv−09447
                                                               Honorable Jorge L. Alonso

RFTC 2 Corp, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 1, 2015:

      MINUTE entry before the Honorable Jorge L. Alonso: A stipulation of voluntary dismissal has been filed. Defendants' motion for extension of time [9] is moot. This case is dismissed without prejudice with leave to reinstate by 12/28/15. If no motion to reinstate has been filed by 12/28/15, this case will automatically be dismissed with prejudice. The status hearing date of 12/01/15 is stricken. Civil Case Terminated. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.